THE STATE OF OHIO, APPELLEE, *v.* EDWARDS, APPELLANT.

[Cite as *State v. Edwards* (1995), 73 Ohio St.3d 321.]

(No. 95–654—Submitted June 21, 1995—Decided August 23, 1995.)

322

*Michael Miller,* Franklin County Prosecuting Attorney, and *Michael L. Collyer,* Assistant Prosecuting Attorney, for appellee.

*Leroy Edwards, pro se.*

---

*Per Curiam.* We affirm the decision of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.